FILED'06 JUL 17 16:06 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**RAEDEANNE BELL-SHIER,**              04-CV-3045-JE

       Plaintiff,                ORDER

v.

**JO ANNE B. BARNHART,**
**Commissioner, Social Security**
**Administration,**

       Defendant.

**TIM WILBORN**
PMB #294
2020-C SW 8th Avenue
West Linn, OR 97068
(503) 697-7019

       Attorney for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**NEIL J. EVANS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204
(503) 727-1000

**MICHAEL McGAUGHRAN**
Regional Chief Counsel
**THOMAS M. ELSBERRY**
Special Assistant United States Attorney
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/901
Seattle, WA 98104-7075
(206) 615-2271

　　　　　Attorneys for Defendant


**BROWN, Judge.**

　　Magistrate Judge John Jelderks issued Findings and Recommendation (#24) on May 5, 2006, in which he recommended this Court affirm the Commissioner's decision. Plaintiff Raedeane A. Bell-Shier filed timely objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

　　When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982). This Court has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

2 - ORDER

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#24). Accordingly, the Court **AFFIRMS** the Commissioner's decision and **DISMISSES** this matter.

IT IS SO ORDERED.

DATED this 17th day of July, 2006.

_____
ANNA J. BROWN
United States District Judge